UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MALOTT #467434,

    Plaintiff,

v

GEORGE STEPHENSON, KRISTOPHER STEECE, UNK VAN, UNK THOMAS, UNK AL RAHMI, UNK HERBERT, UNK KINNER, UNK SLAER, JOHN DOES 1-10 and UNK JEFFERSON,

    Defendants.

NO. 2:22-cv-13096

HON. GEORGE CARAM STEEH

MAGISTRATE JUDGE CURTIS IVY, JR.

---

Alyson Oliver (P55020)
Paul Matouka (P84874)
OLIVER LAW GROUP PC
Attorneys for Plaintiff
50 West Big Beaver Road, Ste 200
Troy, MI  48084-5261
(248) 327-65560
Notifications @ oliverlawgroup.com

Adam P. Sadowski (P73864)
Assistant Attorney General
Michigan Dept of Attorney General
Attorneys for MDOC Defendants
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
Sadowskia1@michigan.gov

    /

**STIPULATED DISMISSAL OF DEFENDANT AL-RAHIMI WITHOUT PREJUDICE AND ORDER TO EXTEND DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT**

    The parties stipulate that Defendant Al-Rahimi is dismissed without prejudice.  The parties also stipulate to extend the deadline to

file motions for summary judgment from June 6, 2024, until June 20, 2024.

**It is so stipulated:**

<u>s/Adam P. Sadowski</u>          <u>June 7, 2024</u>
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for MDOC Defendants

<u>s/Paul Matouka (w/consent)</u>          <u>June 7 2024</u>
Paul Matouka (P84874)
Attorney for Plaintiff

**It is so ordered:**

<u>s/George Caram Steeh</u>
United States District Judge

Dated:  June 18, 2024