UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MALOTT,

        Plaintiff,

vs.

GEORGE STEPHENSON, et al.,

        Defendants.
_____/

Case No. 22-CV-13096

HON. GEORGE CARAM STEEH

## JUDGMENT

The above-captioned matter has come before the Court on the Report and Recommendation to grant defendants' motion for summary judgment, and in accordance with the Court's order adopting the Report and Recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

KINIKIA ESSIX
CLERK OF THE COURT

By:  s/Lashawn Saulsberry
APPROVED:                    Deputy Clerk

s/George Caram Steeh
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2025
      Detroit, Michigan

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 11, 2025, by electronic and/or ordinary mail.

s/LaShawn Saulsberry
Deputy Clerk